# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 6:07-cr-107-Orl-28GJK

**JESSICA LUGO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Joseph Torres |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Lisa Kindel |
| **DATE/TIME:** | May 29, 2008 11:10-11:40 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

PROBATION:   5 years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Probation are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Home Detention Program:   180 days.

   Perform 150 hours of community service.

   Cooperate in the collection of DNA.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

DISMISSED COUNTS:   Original Indictment on the motion of U.S. Attorney.

Additional remarks:   Defendant is advised of right to appeal.